FILED
2009 Mar-09 PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RUFUS RICKS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-cv-01598-JEO |
| ) | |
| OFFICER JASON SCHMID, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The magistrate judge filed a report and recommendation on February 4, 2009, recommending that all claims in this action, except the excessive force and retaliation claims against Officer Schmid, be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). It was further recommended that defendants Wise and Allen be dismissed as defendants in this cause and that the remaining claims against Officer Schmid be referred to the magistrate judge for further proceedings. The plaintiff was advised that he may filed specific written objections to the report and recommendation within fifteen days. No objections have been filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action, except the excessive force and retaliation claims against Officer Schmid, are DISMISSED pursuant

to 28 U.S.C. § 1915A(b)(1). It is further ORDERED that defendants Wise and Allen are DISMISSED as defendants in this action and that the remaining excessive force and retaliation claims against Officer Schmid are REFERRED to the magistrate judge for further proceedings.

DATED this 9th day of March, 2009.

*Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**