IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RUFUS RICKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:08-cv-01598-SLB |
| JASON SCHMID, | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on May 25, 2010, recommending that the defendant's special report be treated as a motion for summary judgment and, as such, that the motion be granted and this action dismissed with prejudice. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

DONE this the 28th day June, 2010.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE